William G. COLLINS, Christine M. Collins, and David W. Collins, Plaintiffs/Appellants,

v.

Steven SEYERS and Kirsten Seyers, Defendants/Respondents.

No. 69429.

Missouri Court of Appeals, Eastern District, Division One.

June 18, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 1996.

Frank Susman, St. Louis, for appellants.

Robert J. Wulff, St. Louis, for respondents.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

Plaintiffs are mother, father, and son. They filed a petition alleging defendants' negligence proximately caused injury to son.

The trial court sustained defendants' motion to dismiss.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).